U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

FEB 1 0 2004

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| BILLY S. AUSTIN, *et al,* | § | CIVIL ACTION NO. CV01-0299 |
| Plaintiffs, | § | |
| | § | |
| VS. | § | JUDGE: WALTER |
| | § | |
| OCEAN ENERGY, INC. | § | |
| Defendant. | § | MAGISTRATE JUDGE PAYNE |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendant Ocean Energy, Inc. move to dismiss this action with prejudice. The parties have reached a confidential settlement of this matter. Accordingly, the parties request that the Court enter an order dismissing this case with prejudice. Each party will bear their own cost, except as otherwise agreed between the parties.

Respectfully submitted,

_____
YVETTE V. GATLING
Texas Bar No. 24007231
VINSON & ELKINS L.L.P.
2300 First City Tower
1001 Fannin
Houston, Texas 77002-6760
Telephone: (713) 758-3390
Facsimile: (713) 615-5674

ATTORNEY FOR DEFENDANT
OCEAN ENERGY, INC.



_____
JOHN S. HODGE
Louisiana Bar No. 18951
WIENER, WEISS & MADISON
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone: (318) 226-9100
Facsimile: (318) 424-5128

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this _9th_ day of ~~January~~ February, 2004, a copy of the foregoing Joint Motion To Dismiss with Prejudice has been served on all parties by placing same in the United States mail, certified, with proper postage affixed and addressed as follows:

John S. Hodge
WIENER, WEISS & MADISON
P.O. Box 21990
Shreveport, Louisiana 71120-1990

_____
ATTORNEY FOR DEFENDANT
OCEAN ENERGY, INC.

1492185_1.DOC

RECEIVED

FEB 1 0 2004

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| BILLY S. AUSTIN, *et al*, | § | CIVIL ACTION NO. CV01-0299 |
| Plaintiffs, | § | |
| | § | |
| VS. | § | JUDGE: WALTER |
| | § | |
| OCEAN ENERGY, INC. | § | |
| Defendant. | § | MAGISTRATE JUDGE PAYNE |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion,

IT IS ORDERED that the motion is granted. Plaintiffs' suit against Defendant is DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2004.

_____
PRESIDING JUDGE

25



VINSON & ELKINS L.L.P.
2300 FIRST CITY TOWER
1001 FANNIN STREET
HOUSTON, TEXAS 77002-6760
TELEPHONE (713) 758-2222
FAX (713) 758-2346
www.velaw.com

**Yvette V. Gatling**
Direct Dial (713) 758-3390
Direct Fax (713) 615-5674
ygatling@velaw.com

February 9, 2004

**By Federal Express**

Robert H. Shemwell, Clerk
U.S. District Court for the
 Western District of Louisiana
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101

RECEIVED
FEB 1 0 2004
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Re: *Austin, et al v. Ocean Energy Inc.;* In the U.S. District Court for the Western District of Louisiana, Shreveport Division; Case No. CV 01-0299S

Dear Mr. Shemwell:

Enclosed for filing are an original and two copies of a Joint Motion to Dismiss with Prejudice in the above-referenced matter. Please file the original and return a file stamped copy to me in the enclosed self-addressed stamped envelope.

Very truly yours,

Yvette V. Gatling

Enclosure

YVG:das
1515229_1.DOC

cc: Mr. John S. Hodge
    Wiener, Weiss & Madison
    333 Texas Street, Suite 2350
    Shreveport, Louisiana 71101